1

2

3                                                              *E-Filed 11/18/13*

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12    DARRYL BURGHARDT,                          No. C 12-5190 RS (PR)

13              Plaintiff,                        **ORDER EXTENDING TIME**

14         v.

15    J. FRANZ, et al.,

16              Defendants.
                                        /
17

18         Plaintiff's motion to extend time to file an amended complaint (Docket No. 16) is

19    GRANTED.  The amended complaint shall be filed on or before January 25, 2014.  **No**

20    **further extensions will be granted.**  Failure to file an amended complaint by the deadline

21    and one that addresses the deficiencies discussed in the order dismissing the complaint with

22    leave to amend will result in the dismissal of the action under Federal Rule of Civil

23    Procedure 41(b) for failure to prosecute.  The Clerk shall terminate Docket No. 16.

24         **IT IS SO ORDERED**.

25    DATED:  November 18, 2013

26                                                  RICHARD SEEBORG
                                                  United States District Judge
27

28

United States District Court
For the Northern District of California