*E-Filed 11/18/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARRYL BURGHARDT, | No. C 12-5190 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| J. FRANZ, et al., | |
| Defendants. | |

Plaintiff's motion to extend time to file an amended complaint (Docket No. 16) is GRANTED.  The amended complaint shall be filed on or before January 25, 2014.  **No further extensions will be granted.**  Failure to file an amended complaint by the deadline and one that addresses the deficiencies discussed in the order dismissing the complaint with leave to amend will result in the dismissal of the action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The Clerk shall terminate Docket No. 16.

**IT IS SO ORDERED**.

DATED: November 18, 2013

RICHARD SEEBORG
United States District Judge