*E-Filed 4/8/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARRYL BURGHARDT,<br><br>    Plaintiff,<br><br>  v.<br><br>J. FRANZ, et al.,<br><br>    Defendants. | No. C 12-5190 RS (PR)<br><br>**ORDER DENYING MOTION TO WITHDRAW COMPLAINT** |

Plaintiff's motion to withdraw an earlier amended complaint (Docket Nos. 20 and 25) is DENIED as unnecessary. The Court received two amended complaints, one on January 8, 2014 and the other on January 31. The second, being the latest filed, is the operative complaint and was the one served on defendants. The first is inoperative and therefore there is no need to withdraw it. The Clerk shall terminate Docket Nos. 20 and 25.

**IT IS SO ORDERED**.

DATED: April 8, 2014

                         RICHARD SEEBORG
                         United States District Judge